IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ALICE S. THOMAS | ) |
| | ) |
| v. | ) Case No. CV206-137 |
| | ) |
| HONEYWELL INTERNATIONAL, INC. | ) |
| *formerly known as* ALLIEDSIGNAL, INC. and | ) |
| *formerly known as* ALLIED CHEMICAL CORP) | |

### ORDER

Upon consideration of the following motions with the appropriate pleading numbers listed, said motions are dismissed as moot in view of a settlement between the parties.

Motion for Partial Summary Judgment #07.
Motion for Judgment on the Pleadings # 09.

SO ORDERED this 8th day of February, 2007.

_____
ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA